**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**BROWARD DIVISION**
www.flsb.uscourts.gov

**In re:**                                                                                   Case No: 16-13799 BKC JKO

                                                                                                         Chapter 13

**Angela Bell**

_____**Debtor.**_____/

## DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

COMES NOW, the Debtor, Angela Bell, by and through undersigned counsel, and moves this Court to allow Debtor to modify the Confirmed Chapter 13 Plan, and in support thereof states as follows:

1. On March 17, 2016, Debtor filed her Chapter 13 Bankruptcy.

2. On August 22, 2016, the Court confirmed the Debtor's Second Amended Chapter 13 plan, DE# 48.

3. The Debtor has a terminally ill grandchild who needed medical care, for which the Debtor sent funds.

4. As a result of the above, the Debtor fell behind in her Chapter 13 plan payments.

5. The Debtor's daughter is now back to work and caring for her ill child, allowing the Debtor to retain her income and support a Chapter 13 plan feasibly.

6. No creditors will be prejudiced by the granting of this motion,

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order allowing the Debtor to modify her confirmed plan, and for whatever further relief the Court deems just and appropriate under the circumstances.

Respectfully submitted on this 1st day of November, 2016

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave.
Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax)
Chad@cvhlawgroup.com

By: **/s/ Chad T. Van Horn**
Chad T. Van Horn**,** Esq.
Florida Bar No. 64500